# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Civil Action No. __8:25 cv 217 KKM- NHA__

JAN 27 2025 PM 12:52
FILED - USDC - FLMD - TPA

__TASH JERNAZIAN__,

Plaintiff,

v.

__NORTH SHORE BRANCH LIBRARY__,

Defendant.

A.  **PARTIES**

LAKE LEWISVILLE LAW FIRM
ATTN: TASH JERNAZIAN
12655 N.E. 6TH AVENUE
MIAMI, FL 33161

NORTH SHORE BRANCH LIBRARY
7501 COLLINS AVENUE
MIAMI BEACH, FL 33141

# COMPLAINT

(for violation of Americans with Disabilities Act of 1990)

## A. JURISDICTION

Plaintiff currently resides in Dade County, Florida, United States of America. Plaintiff claims they attempted suit in lower courts, but were unlawfully denied access to the courts. Furthermore, outside jurisdiction is required to to currently unspecified reasons.

## A. BACKGROUND

Plaintiff claims library policies and operation are unsound and have never faced legal challenge.

## B. STATEMENT OF FACTS

Plaintiff claims they are a patron and are unable to utilize services.

### C. CLAIM ONE

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is enacting policy that is violating their rights to access. Namely, that plaintiff cannot checkout [Microsoft Surfacebook] laptop for on-premise library use only [cannot go home with you item]. Plaintiff alleges that them being blocked access is a violation of their *U.S. Constitutional* rights.

### D. CLAIM TWO

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, has a library-system item showing as due, the result of which is violating their rights to access. Plaintiff alleges this system policy is discriminatory. Plaintiff alleges that them being blocked access is a violation of their *U.S. Constitutional* rights.

### E. CLAIM THREE

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, would need an item returned in order to use computers on premise. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

### F. CLAIM FOUR

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, would need them to return an item they cannot return. Plaintiff alleges item (Acer Chromebook) was stolen by methamphetamine users. Plaintiff refuses to pay for item. Plaintiff claims their force to furnish monies is a violation of their *U.S. Constitutional* rights.

### G. CLAIM FIVE

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, would need them to pay monies which they cannot furnish. Plaintiff alleges item (Acer Chromebook) monies are adjoiner to another lawsuit pending filing. Plaintiff alleges item is adjoiner to another lawsuit pending filing. Plaintiff alleges that defendant making requests of this nature could enter them into additional lawsuit filings which they have already opened themselves up to liability for. Plaintiff claims their force to return item is a violation of their *U.S. Constitutional* rights.

## H. CLAIM SIX

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking them access to do legal work on computers on premise. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

## I. CLAIM SEVEN

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking their use of photocopier on premise to do legal work. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

## J. CLAIM EIGHT

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking them access to do legal work desktop computers on premise due to homeless use. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

## K. CLAIM NINE

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking them access to do legal work desktop computers on premise due to homeless abuse. Namely, body order or clothing odor of patrons that should be asked to leave. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

## L. CLAIM TEN

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking them access to do legal work desktop computers on premise due to homeless day-shelter conditions. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

## M. CLAIM ELEVEN

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking them ability personal ability to use facilities premise due to homeless day-shelter conditions. Plaintiff alleges that them being blocked access is a violation of their *U.S. Constitutional* rights.

### N.  CLAIM TWELVE

Plaintiff alleges, NORTH SHORE BRANCH LIBRARY, is blocking them access to print legal work from desktop computers on premise due to homeless use. Plaintiff that them being blocked access is a violation of their *U.S. Constitutional* rights.

### E.  CLAIMS FOR RELIEF

Plaintiff requests damages of a total of $450,000 U.S.D. (450 Thousand U.S. Dollars) per claim.

### O.  PLAINTIFF'S SIGNATURE

*[signature]*

_____
(Plaintiff signature)

_____ (handwritten Date of signature)

____January 22, 2025____
(Date)

Plaintiff representative filing complaint:

Lake Lewisville Law
attn: Tash Jernazian
12655 N.E. 6th Avenue
Miami, FL 33161

Filed at:

U.S. Federal courthouse
Middle District of Florida
attn: civil clerk
801 North Florida Avenue
Tampa, FL 33602